

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00544-CV

Juan J. **VILLARREAL**,
Appellant

v.

Roberto **JIMENEZ**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 12-10-00348CVF
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Roberto Jimenez, recover his costs of this appeal from appellant, Juan J. Villarreal.

SIGNED July 6, 2016.

_____
Karen Angelini, Justice